\_\_\_\_\_FILED  \_\_\_\_\_RECEIVED
\_\_\_\_\_ENTERED  \_\_\_\_\_SERVED ON
COUNSEL/PARTIES OF RECORD

**SEP 1 3 2022**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-116-GMN-VCF |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| JOHN DOUGLAS GIBSON, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 1029(c)(1)(C) with 1029(c)(2) based upon the plea of guilty by John Douglas Gibson to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which John Douglas Gibson pled guilty. Criminal Indictment, ECF No. 7; Change of Plea, ECF No. 41; Plea Agreement, ECF No. 42; Preliminary Order of Forfeiture, ECF No. 43.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 10, 2022, through July 9, 2022, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 47-1, p. 5.

1  This Court finds no petition was filed herein by or on behalf of any person or entity
2  and the time for filing such petitions and claims has expired.

3  This Court finds no petitions are pending regarding the property named herein and
4  the time has expired for presenting such petitions.

5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
6  all possessory rights, ownership rights, and all rights, titles, and interests in the property
7  hereinafter described are condemned, forfeited, and vested in the United States under Fed.
8  R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C.
9  § 1029(c)(1)(C) with 1029(c)(2); and 21 U.S.C. § 853(n)(7) and shall be disposed of
10  according to law:

11      1.  Samsung Galaxy S9 Cellular Telephone (IMEI: 356915091064195)
12         (property).

13  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property
14  shall be disposed of according to law.

15  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send
16  copies of this Order to all counsel of record.

17  DATED _Sept 13_____, 2022.

18
19
20  GLORIA M. NAVARRO
21  UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28

2