RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for John Douglas Gibson

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOUGLAS GIBSON,<br><br>    Defendant. | Case No. 2:21-cr-00116-GMN-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for John Douglas Gibson, that the Revocation Hearing currently scheduled on July 2, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.  Mr. Gibson's probation officer believes a 30-day continuance of the revocation hearing will give him an opportunity to come back into compliance with the terms of his supervised release.

2. In addition, defense counsel needs additional time to review discovery and meet with Mr. Gibson to determine whether this case will resolve via negotiations or proceed to a contested revocation hearing.

3. The defendant is not in custody.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED June 20, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By */s/ Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By */s/ Jessica Oliva*<br>JESSICA OLIVA<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOUGLAS GIBSON,<br><br>    Defendant. | Case No. 2:21-cr-00116-GMN-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, July 2, 2025 at 10:00 a.m., be vacated and continued to August 5, 2025 at the hour of 10:00 a.m.

DATED this 23 day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE